IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

Plaintiff(s),

v.

RIO GRANDE COUNTY, et al.,

Defendant(s).

MINUTE ORDER

It is Plaintiff's Unopposed Motion for Leave to Amend Complaint (docket no. 23) is GRANTED finding good cause shown. The Second Amended Complaint and Jury Demand (docket no. 23-2) is accepted for filing as of the date of this minute order.

Date:  January 19, 2010