IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

Plaintiff(s),

v.

RIO GRANDE COUNTY, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Protective Order Governing Confidentiality (docket no. 42) is GRANTED finding good cause shown. The written Protective Order Governing Confidentiality (docket no. 42-2) is APPROVED as amended in paragraphs 7 and 14 and made an Order of Court.

Date: March 19, 2010