IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

Plaintiff,

v.

BRIAN NORTON, Sheriff of Rio Grande County, Colorado,
BOYD WHEELWRIGHT, Deputy Sheriff of Rio Grande County,
Colorado, HARVEST STANDARD, LLC, a Texas Limited Liability
Company d/b/a Harvest Select, MICHELE PETERSON, and JENNIFER METZ,

Defendants.

---

ORDER ( Docket p o 61 )

---

The Court, having reviewed the parties' STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE [Doc. No. 61], does hereby grant the motion. The Court shall amend the Scheduling Order [Doc No. 29] to accomplish the following:

1. Extend the current discovery cut-off of July 16, 2010 to September 1, 2010 for the limited purposes of: a) conducting the depositions of Defendant Harvest Standard, LLC and third party Reliable Printing Solutions, Inc., and b) resolving ongoing negotiations regarding responses to written discovery served prior to the date of the motion;

2. Extend the current discovery cut-off to 30 days after the Court's ruling on Defendants Brian Norton and Boyd Wheelwright's Motion for Summary Judgment [Doc. No. 50] for the limited purpose of conducting discovery as to Defendants Norton and Wheelwright;

and

3. Extend the current dispositive motions deadline of August 20, 2010 to 30 days after the Court's ruling on Defendants Brian Norton and Boyd Wheelwright's Motion for Summary Judgment.

DONE AND DATED this 15th day of July, 2010.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge