IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

    Plaintiff,

v.

BRIAN NORTON, Sheriff of Rio Grande County, Colorado,
BOYD WHEELWRIGHT, Deputy Sheriff of Rio Grande County, Colorado,
HARVEST STANDARD, LLC, a Texas limited liability company, d/b/a/ Harvest Select,
MICHELE PETERSON, and
JENNIFER METZ,

    Defendants.

---

**MINUTE ORDER**

---

    This matter is before the Court on plaintiff's Response to County Defendants' Motion for Summary Judgment [Docket No. 59]. In her response, plaintiff contends that she "does not accept the recitation of 'facts' as stated by the County Defendants in total, and it would be a waste of judicial time to parcel through each and every paragraph." Docket No. 59 at 2. Pursuant to this Court's Practice Standards, however, "[a]ny party opposing the motion for summary judgment shall, in a section of the brief required by rule 56.1A of the United States District Court for the District of Colorado Local Rules of Practice (Civil) styled 'Response to Statement of Undisputed Material Facts,' admit or deny the asserted material facts set forth by the movant." Practice Standards (Civil cases), Judge Philip A. Brimmer § III.F.3.b.iv. ("The admission or denial shall be made in separate paragraphs numbered to correspond to movant's paragraph numbering. Any denial shall be accompanied by a **brief** factual explanation of the reason(s) for the denial and a **specific reference** to material in the record supporting the denial.") (emphasis in original). Plaintiff failed to comply with this Practice Standard. Consequently, it is

    **ORDERED** that plaintiff's Response to County Defendants' Motion for Summary Judgment [Docket No. 59] is STRICKEN. Plaintiff shall file a response in compliance with the Court's Practice Standards on or before **5:00 p.m.** on **Friday, October 15, 2010**.

    DATED October 12, 2010.