IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

Plaintiff(s),

v.

RIO GRANDE COUNTY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order to Postpone Final Pretrial Conference and Submission of Proposed Final Pretrial Order (docket no. 74) is GRANTED finding good cause shown. The Final Pretrial Conference set on October 25, 2010, at 8:30 a.m. is VACATED. Counsel may request the Settlement conference to be reset upon motion following Judge Brimmer's ruling on the Defendants Norton and Wheelwright's Motion for Summary Judgment (docket no. 50).

It is FURTHER ORDERED that the parties shall file a written Status Report with the court within five (5) days following Judge Brimmer's ruling on the Defendants Norton and Wheelwright's Motion for Summary Judgment (docket no. 50).

Date: October 19, 2010