IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02584-PAB-MJW

CHRISTINA MARQUEZ,

Plaintiff(s),

v.

RIO GRANDE COUNTY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order to Postpone Final Pretrial Conference and Submission of Proposed Final Pretrial Order (docket no. 91) is **GRANTED.**  The Final Pretrial Conference set before Magistrate Judge Watanabe on January 21, 2011, at 9:00 a.m. is **VACATED.**  The Rule 16 Scheduling Order (docket no. 30) is amended consistent with this minute order.

It is **FURTHER ORDERED** that the Final Pretrial Conference is reset to March 8, 2011, at 8:30 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294. The parties shall file their proposed Final Pretrial Order with the court five (5) days prior to the Final Pretrial Conference.

It is **FURTHER ORDERED** that the parties shall use the proper case number on all future documents filed with this court.  The proper case number is 09-cv-02584-PAB-MJW and **NOT** 09-cv-02584-PAB.  The subject motion (docket no. 91) was filed with the improper case number.

Date:  January 12, 2011